# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 07-419(6) (DWF/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Xiro Naovalath, | |
| Defendant. | |

Christian S. Wilton, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Kassius O. Benson, Esq., Law Office of Kassius O' Benson, PA, counsel for Defendant Xiro Naovalath.

Based upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, and after an independent review of the files, record and proceeding in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

1. Defendant Xiro Naovalath's Motion to Suppress Statements (Doc. No. 115) is **DENIED**.

2. Defendant Xiro Naovalath's Motion to Suppress Evidence of Electronic Surveillance in the Form of Wiretaps (Doc. No. 119) is **DENIED**.


Dated:  July 21, 2008          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               Judge of United States District Court